IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,

vs.

HARVEY RUDMAN,

    Defendant.

_____/

Case No. 2:11-cv-3458 DAD

<u>ORDER SETTING STATUS
(PRETRIAL SCHEDULING)
CONFERENCE</u>

    The plaintiff and defendant have consented to proceed before the assigned magistrate judge.  By order filed May 25, 2012, the action was reassigned to the undersigned.

    Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, IT IS ORDERED that:

    1. A Status (Pretrial Scheduling) Conference is set for **Friday, July 20, 2012, at 10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned.

    2. Each party is required to appear at the Status Conference either by counsel or, if proceeding <u>in propria persona</u>, on his own behalf.  Any party may appear at the status conference telephonically <u>if</u> the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, <u>no later than 48 hours</u>

before the Status (Pretrial Scheduling) Conference; a land line telephone number must be provided by the party requesting telephonic appearance.

      3. Plaintiff shall file and serve a status report on or before **July 6, 2012,** and defendant shall file and serve a status report on or before **July 13, 2012**. Each party's status report shall address all of the following matters:

    a. Progress of service of process;

    b. Possible joinder of additional parties;

    c. Possible amendment of the pleadings;

    d. Jurisdiction and venue;

    e. Anticipated motions and the scheduling thereof;

    f. Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

    g. Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

    h. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

    i. Whether the case is related to any other case, including matters in bankruptcy;

    j. Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualification by virtue of his so acting, or whether they prefer to have a Settlement Conference before another magistrate judge; and

    k. Any other matters that may aid in the just and expeditious disposition of this action.

/////

/////

/////

4. The parties are cautioned that failure to file a status report, or failure to appear at the status conference either in person or telephonically, may result in an order imposing an appropriate sanction. <u>See</u> Local Rules 110 and 183.

DATED: June 1, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.consent\johnson3458.ossc