```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>          Plaintiff,<br><br>     vs.<br><br>Harvey Rudman,<br><br>          Defendant | Case No. **2:11-cv-03458-DAD**<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF PRETRIAL CONFERENCE AND TRIAL**<br><br>Pretrial Conference: June 28, 2013<br>Time: 1:30 pm<br>Courtroom: 27<br>Trial: August 26, 2013<br>Time: 10:00 am<br>Courtroom: 27 |

Plaintiff, Scott N. Johnson, and Defendant, Harvey Rudman, by and through their designated Counsel of record (Scott N. Johnson; Michael D. Welch) hereby stipulate to an extension of time in which to continue the Pretrial Conference currently scheduled for June 28, 2013 for a period of sixty (60) days to August 30, 2013 and Trial currently scheduled for August 26, 2013 for a period of

STIPULATION AND (PROPOSED ORDER) FOR CONTINUANCE OF PRETRIAL CONFERENCE AND

TRIAL

CIV: S-11-cv-03458-DAD - 1

sixty (60) days to October 25, 2013. Plaintiff and Defendants are currently engaged in settlement negotiations and Defendants are still reviewing a settlement agreement. A continuance for the Pretrial Conference and Trial will give the Parties the opportunity to finalize the settlement and resolve this action.

Dated:   June 24, 2013                    /s/Scott N. Johnson ____
                                          Scott N. Johnson,
                                          Attorney for Plaintiff


Dated:   June 24, 2013                    /s/Michael D. Welch___
                                          Michael D. Welch
                                          Attorney for Defendants

**ORDER**

IT IS HEREBY ORDERED THAT:

1. The Pretrial Conference set for June 28, 2013, is continued to **August 30, 2013 at 1:30 p.m.**; and

2. The Trial set for August 26, 2013, is continued to **November 4, 2013 at 10:00 a.m.**[1]

**Dated: June 24, 2013**

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.consent
johnson3458.stip.eot.ord

---

[1]  Although the parties' stipulated to continuing the trial to October 25, 2013, the Court is not available on that date and the next available date is November 4, 2013.

STIPULATION AND (PROPOSED ORDER) FOR CONTINUANCE OF PRETRIAL CONFERENCE AND TRIAL

CIV: S-11-cv-03458-DAD - 3